United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                   IN THE UNITED STATES DISTRICT COURT
9               FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  CONTINENTAL CASUALTY CO,              No   C 02-4891  VRW
12                  Plaintiff,            Related to:
13                  v                     C 02-5292  VRW
14  UNITED STATES OF AMERICA, et al,      ORDER
15                  Defendants.
16  _____
17  UTE SISTRUNK,
18                  Plaintiff,
19                  v
20  UNITED STATES OF AMERICA, et al,
21                  Defendants.
22  _____/
23
24          The court is in receipt of the *ex parte* motion to refer
25  this case to a magistrate judge for a settlement conference filed
26  by the United States ("defendant").  Doc #96.  The court construes
27  defendant's filing as a request for a settlement conference
28  pursuant to ADR L R 7-3.

1    The court understands that plaintiffs are in the process
2  of obtaining information necessary for possible settlement of the
3  case.  The court invites plaintiffs to apprise the court of the
4  following:

5       (1)  Will plaintiffs be prepared for a settlement conference
6            on or before December 15, 2005?; and
7       (2)  If not, when will plaintiffs be prepared for a settlement
8            conference?

9

10      Briefing shall not exceed three pages and shall be filed
11  with the court on or before November 29, 2005.

12

13      SO ORDERED.

14

15  _____

16  VAUGHN R WALKER

17  United States District Chief Judge

18

19

20

21

22

23

24

25

26

27

28