```
 1  KEVIN V. RYAN (SBN 118321)
    United States Attorney
 2  JOANN M. SWANSON (SBN 88143)
    Chief, Civil Division
 3  ANDREW Y.S. CHENG (SBN 164613)
    KATHERINE B. DOWLING (SBN 220767)
 4  Assistant United States Attorneys

 5       450 Golden Gate Avenue,10th Floor
         San Francisco, California 94102-3495
 6       Telephone:    (415) 436-6813
         Facsimile:    (415) 436-6748
 7
    Attorneys for Defendant
 8  United States of America
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, UNITED STATES POSTAL SERVICE, and DAVID W. TYLER,<br><br>    Defendants. | No. C 02-4891 VRW (ARB)<br>**Related to** No. C 02-5292 VRW (ARB)<br>**E-FILING CASE**<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:     August 8, 2006<br>Time:    9:00 a.m.<br>Court:    Hon. Vaughn R. Walker |
| UTE SISTRUNK,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, UNITED STATES POSTAL SERVICE, and DAVID W. TYLER, and DOES 1 to 20,<br><br>    Defendants. | GRANTED<br>Judge Vaughn R Walker<br>8/7/2006 |

The parties reached a settlement in this case on January 10, 2006 conditioned on the approval of the Worker's Compensation Appeals Board's ("WCAB") issuing an Order Approving Third Party Compromise and Release ("Order").

///

1  On, June 1, 2006, the WCAB issued the Order.

2  The Federal Defendant circulated a final settlement agreement to plaintiffs in light of the
3  Order in June, 2006.

4  The draft of the final settlement agreement is being reviewed by plaintiffs and their counsel.
5  When the final agreement is executed, it is anticipated that it will take no more than 90 days to
6  effectuate payment.

7  Plaintiffs both submitted timely requests to the Court to vacate the conditional dismissal
8  because the settlement had not been consummated. The parties are not aware of the issuance of an
9  Order vacating the conditional dismissal.

10  The parties request that the Court reinstate the trial dates in this matter if the case is not
11  settled and dismissed by November 30, 2006.

12

13  Respectfully submitted,

14  KEVIN V. RYAN
    United States Attorney
15

16  Dated: July 28, 2006

17  _____/s/_____
    ANDREW Y.S. CHENG
    KATHERINE B. DOWLING
18  Assistant United States Attorney

19

20  Dated: July 28, 2006              _____/s/_____

21                                    H. Mal Cameron, Esq.
                                      Attorney for Plaintiff Ute Sistrunk
22

23  Dated: July 28, 2006              ___/s/_____

24                                    Clark W. Patten, Esq.
                                      Attorney for Continental Casualty Co.
25

26

27

28

JOINT CASE MANAGEMENT CONFERENCE STATEMENT,
C 02-5292 VRW (ARB) & C 02-5292 VRW (ARB)        2